JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **Innovative Sports Management, Inc., d/b/a Integrated Sports Media** | **CASE NO. 2:25-cv-09610-CBM-KS** |
| **Plaintiff,** | **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTALMIR ALVEZ ARAUJO [31]** |
| **vs.** | |
| **Almir Alves Araujo, et al.,** | |
| **Defendants.** | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media and Defendant Almir Alves Araujo that the above-entitled action is hereby dismissed *with prejudice* against Almir Alves Araujo, individually and d/b/a Tapizon, from the instant action.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 24, 2026

The Honorable Consuelo B. Marshall
United States District Judge